IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FREDERICK BANKS,
        Petitioner,

v.                                 **Judgment in a Civil Case**

DR. ALLISSA MARQUEZ, DR. LOGAN GRADDY, DR. CAHILL, MARK HORNAK, US DISTRICT COURT-WESTERN DISTRICT OF PENNSYLVANIA, JEFF SESSIONS, DIRECTOR OF BUREAU OF PRISONS, ADRIAN ROE, ROBERT CESSAR, SOO SONG,
        Respondent.                      Case Number: 5:17-CT-3064-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on March 16, 2017, with service on:</u>
Frederick Banks 05711-068, Butner - F.M.C., P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)


March 16, 2017                                        Peter A. Moore, Jr.
                                                         Clerk of Court

                                                    By:    *Shari Powers*
                                                                Deputy Clerk